(January 30, 1962)

James Neish, Respondent, v. Edward Walsh, Appellant. Mabel Emanuel, Respondent, v. Edward Walsh, Appellant. Helen Aloi, Respondent, v. Edward Walsh, Appellant. Edward Walsh, Appellant, v. Mabel Emanuel, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.